### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

---

| | |
|---|---|
| **ZOTAHN SEAH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-2034 |
| ) | |
| **STAR TEK and LARRY JONES,** ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

A Report and Recommendation (#49) was filed by Magistrate Judge David G. Bernthal in the above cause on August 24, 2009.  On August 26 and 28, 2009, Plaintiff, Zotahn Seah, filed his Objections to the Report and Recommendation (#50), (#51).  Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objections, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#20).  This court agrees that Defendants' Motion to Enforce Settlement Agreement (#44) should be GRANTED and the settlement agreement reached by the parties at the settlement conference conducted by Judge Bernthal on July 7, 2009, be enforced against Plaintiff.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#49) is accepted by this court.

(2) Defendants' Motion to Enforce Settlement Agreement (#44) is GRANTED and the settlement agreement reached by the parties at the settlement conference conducted by Judge Bernthal on July 7, 2009, is to be enforced against Plaintiff.

(3) Further, Plaintiff is directed to execute an IRS Form W-9 so that Defendant Star Tek can issue him a check in the amount of $5,500.00.

(4) This case is dismissed with prejudice and terminated.

ENTERED this 31st day of August, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE